

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EDDIE MARTINEZ, | § | No. 08-19-00127-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D00392) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **January 24, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louise E. Lopez, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 24, 2020.

IT IS SO ORDERED this 27th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.